### JOHN STARK, Respondent, *v.* EDWARD BARNES, Appellant.

An appeal which had been dismissed for failure to file the transcript in time, was reinstated upon cause shown.

APPEAL from the Third Judicial District.    Santa Clara County.

*Emmet*, for the appellant, moved to re-instate this cause, (dismissed at the last term, for failing to file the transcript within the time prescribed by the rules of this Court, after perfecting the appeal;) and read the affidavit of the clerk of the District Court, showing that the failure was owing to the clerk's not having prepared the transcript in time, without any fault in the appellant.

*Crossby*, contra, cited Leech *v.* Wells, ante ; and also read an affidavit of the respondent, that the appeal was for delay.

PER CURIAM.    Motion granted.